HENRY C. LEMLE *v.* MRS. V. E. BREEDEN.

No. 4772.

DECEMBER 17, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*W. Patrick O'Connor* and *A. William Barlow* for the petition.